FILED: January 11, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-6096
(8:18-cv-03415-PWG)

_____

AZANIAH BLANKUMSEE

             Plaintiff - Appellant

v.

DONALD BEACHLEY; DAYANA COCORAN, Commissioner; LARRY
HOGAN, Governor; JOSEPH MICHAELS, states attorney

             Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:18-cv-03415-PWG |
| Date notice of appeal filed in originating court: | 01/04/2019 |
| Appellant(s) | Azaniah Blankumsee |
| Appellate Case Number | 19-6096 |
| Case Manager | Ashley Brownlee 804-916-2704 |